**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **ROBERT JACKSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. CIV-14-468-KEW** |
| | ) | |
| **THE BOARD OF COUNTY** | ) | **Jury Trial Demanded** |
| **COMMISSIONERS OF MAYES COUNTY,** | ) | |
| **SHERIFF MIKE REED, in his Individual** | ) | |
| **and Official capacities,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE AND PETITION OF REMOVAL

The Defendants, the Board of County Commissioners of Mayes County and Sheriff Mike Reed, in his Individual and Official Capacities, hereby give notice of its removal of the action currently pending in the District Court of Mayes County, State of Oklahoma, pursuant to 28 U.S.C. § 1441 *et seq.* and Fed. R. Civ. P. 81(c).  In support of its Notice and Petition of Removal, Defendant would show the Court as follows:

1.     The captioned proceeding was filed in the District Court of Lincoln County, State of Oklahoma, and is styled as *Robert Jackson v. The Board of County Commissioners of Mayes County, et al.,* Case No. CJ-2014-169.

2.     This matter was originally filed by the Plaintiff on September 16, 2014.  At the time the original Petition was filed by the Plaintiff, the Plaintiff alleged no claims under federal law.

3.      On October 14, 2014, the Plaintiff in this action filed an Amended

Petition, in which he for the first time alleged claims under federal law, specifically

42 U.S.C. §1983, 42 U.S.C. §1981, and Title VII of the Civil Rights Act of 1964.

4.      Defendant received a copy of the applicable Amended Petition, by

U.S. Mail in this action on or about October 20, 2014.

5.      The United States District Court for the Northern District of

Oklahoma has original subject matter jurisdiction of this case pursuant to 28

U.S.C. § 1331.  More specifically, Plaintiff alleges that at the time of his

employment and separation from employment, his rights under the Title VII and

42 U.S.C. §1981 ADA were  violated.  Pursuant to 28 U.S.C. §1446 and

LcvR 81.2, a copy of the following is attached:

Exhibit 1     Petition

Exhibit 2     Summons

Exhibit 3     Entry of Appearance

Exhibit 4     Answer to Plaintiff's Petition

Exhibit 5     Amended Petition

Exhibit 6     Docket Sheet from Mayes County District Court

WHEREFORE, Defendants, the Board of County Commissioners of Mayes

County and Sheriff Mike Reed in his Individual and Official Capacities,

respectfully request that this action be removed from the District Court of Mayes

County, State of Oklahoma, to the United States District Court for the Norther

District of Oklahoma, and for such other and further relief as the Court deems proper under the circumstances.

Respectfully submitted,

s/ Dustin J. Hopson
Dustin J. Hopson, OBA No. 19485
COLLINS, ZORN  & WAGNER, P.C.
429 N.E. 50th Street, 2nd Floor
Oklahoma City, OK 73105-1815
Telephone:  (405) 524-2070
Facsimile:   (405) 524-2078
E-mail: dhopson@czwglaw.com

ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

This is to certify that on October 24, 2014, a true and correct copy of the above and foregoing was mailed by certified mail, return receipt requested, to:

Daniel E. Smolen
Lauren G. Lambright
Smolen, Smolen & Roytman, PLLC
701 South Cincinnati Avenue
Tulsa, OK 74119

s/ Dustin J. Hopson
Dustin J. Hopson