IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERT JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 15-CV-53-TCK-FHM |
| ) | |
| THE BOARD OF COUNTY ) | |
| COMMISSIONERS OF MAYES COUNTY, ) | |
| SHERIFF MIKE REED, in his Individual ) | |
| and Official capacities, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties jointly stipulate that the Plaintiff's case should be dismissed with prejudice. The parties will bear their own fees and expenses.

Respectfully submitted,

s/ Ambre C. Gooch
Ambre C. Gooch, OBA No. 16586
COLLINS, ZORN, & WAGNER, P.C.
429 N.E. 50th Street, Second Floor
Oklahoma City, OK  73105-1815
Telephone:   (405) 524-2070
Facsimile:    (405) 524-2078
E-mail: acg@czwlaw.com

***Attorney for Defendants***

>s/ Lauren G. Lambright
>***(signed by filing attorney with permission of Lauren Lambright)***
>Lauren G. Lambright, OBA No. 22300
>Smolen, Smolen & Roytman, PLLC
>701 South Cincinnati Avenue
>Tulsa, OK 74119
>Telephone: (918) 585-2667
>Facsimile: (918) 585-2669
>Email: laurenlambright@ssrok.com
>
>***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2017, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Daniel E. Smolen - via email at: danielsmolen@ssrok.com
Lauren G. Lambright via email at: laurenlambright@ssrok.com
David Bross - via email at: davidbross@ssrok.com
Robert M. Blakemore - via email at: bobblakemore@ssrok.com
Smolen, Smolen & Roytman, PLLC
701 South Cincinnati Avenue
Tulsa, OK 74119
***Attorneys for Plaintiff***

>s/ Ambre C. Gooch
>Ambre C. Gooch